**Order entered November 27, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01420-CV

### WILLIE EVANS, ET. AL., Appellants

### V.

### FABIAN K. JACKO, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-10959**

## ORDER

We **GRANT** appellants' November 21, 2013 motion for an extension of time to file a

brief. Appellants shall file their brief on or before December 10, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE